# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DANIELLE POST

NO. 2024 CW 0162

VERSUS

OCHSNER CLINIC FOUNDATION

**MAY 20, 2024**

---

In Re:    Ochsner Clinic Foundation, applying for supervisory writs, Workers' Compensation, Parish of St. Tammany, No. 23-02067, District 6.

---

**BEFORE:    McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT DENIED.**

PMc
SMM

**Hester, J.,** dissents and would issue a briefing schedule pursuant to La. Code Civ. P. art. 966(H).

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT